UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

EDMOND J. KALIFEY CIVIL ACTION NO.1:09-CV-1792

VERSUS

ROBERT L. ECHOLS and TRAVELERS
PROEPRTY CASUALTY COMPANY
OF AMERICA
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ANSWER AND REQUEST FOR JURY TRIAL**

NOW INTO COURT, through undersigned counsel comes, **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA** made defendant herein, who for answer to the petition of plaintiff, deny each and every allegation contained therein except those which may hereinafter be specifically admitted;

I.

It is admitted that Travelers Property Casualty Company of America is a foreign insurance corporation and that Robert L. Echols is a resident of the State of Mississippi.

II.

The allegations of Paragraph II are denied.

III.

The allegations of Paragraph III are denied, except it is admitted that Edmond J. Kalifey was the operator of the 2008 Lexus and Robert L. Echols was the operator of the 2006 Mack Truck.

IV.

The allegations of Paragraph IV are denied.

V.

The allegations of Paragraph V are denied.

VI.

The allegations of Paragraph VI are denied.

VII.

The allegations of Paragraph VII are denied.

VIII.

The allegations of Paragraph VIII are denied.

**AND NOW FURTHER ANSWERING:**

IX.

It is affirmatively alleged that plaintiff is under a continuing duty to mitigate his damages.

X.

Alternatively, and only in the event it is held or determined that ROBERT L. ECHOLS was in any way negligent and/or responsible to plaintiff, which is denied, the defendants maintain that the accident sued upon was the result of the negligent actions and/or inactions on the part of the EDMOND J. KALIFEY whose acts of negligence bar and reduce the plaintiff's recovery under the doctrine of contributory negligence, victim fault and comparative negligence. Said negligence consists of the following non-exclusive list of particulars:

a. Failing to maintain a proper lookout;

b. Failing to control his vehicle;

c. Failure to take evasive measures to avoid the accident;

d. Other acts of negligence to be shown at the trial of this matter.

XI.

Defendants specifically claim as a credit and/or as an offset any and all other payments made to or on behalf of plaintiff, including without limitation any underlying liability policies of insurance and/or any other policies of insurance of any kind, including other policies providing liability or uninsured/underinsured coverage and credit for any medical payments and/or or uninsured/underinsured tender/payments made under any policy.

XII.

Defendant, Travelers Property Casualty Company of America request a trial by jury.

**WHEREFORE**, defendants, **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,** pray that this Answer to Petition for Damages be deemed good and that after all due proceedings are had, there be judgment herein in favor of defendants, **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA** dismissing the suit of the plaintiff with prejudice, at plaintiff's cost;

**FURTHER PRAYS** for trial by jury; and

**FURTHER PRAYS** for all necessary orders and decrees and for just and equitable relief.

Respectfully Submitted:

**MARICLE & ASSOCIATES**

BY:______________________________

**JANICE M. REEVES (#21237)**
8545 United Plaza Blvd, Suite 350
Baton Rouge, LA 70809
Telephone: (225) 924-9585
Facsimile: (225) 924-7415

**CERTIFICATE OF SERV ICE**

I hereby certify that a copy of the above and foregoing has been this date mailed via U.S. Mail prepaid to:

Mr. Rodney M. Rabalais
122 East Mark Street
P. O. Box 447
Marksville, LA 71351

Baton Rouge, Louisiana this 19th day of October, 2009.

JANICE M. REEVES